ATTORNEY GRIEVANCE COMMISSION     \*     IN THE
OF MARYLAND

                                                     \*     COURT OF APPEALS

v.                                               \*     OF MARYLAND

                                                     \*     Misc. Docket AG No. 86

TROY ALFRED-WILEY PRIEST            \*     September Term, 2020

## ORDER

Upon consideration of the Joint Petition of the Attorney Grievance Commission of Maryland and the Respondent, Troy Alfred-Wiley Priest, to indefinitely suspend the Respondent from the practice of law for violations of 19-301.15(a), 19-308.1(b), and 19-308.4(a) and (d) of the Maryland Attorneys' Rules of Professional Conduct and Maryland Rules 19-407 and 19-408(a), it is this 22nd day of April, 2021

**ORDERED,** by the Court of Appeals of Maryland, that the Respondent, Troy Alfred-Wiley Priest, be, and hereby is, indefinitely suspended from the practice of law in the State of Maryland; and it is further

**ORDERED**, that the Clerk of this Court shall remove the name of Troy Alfred-Wiley Priest from the register of attorneys in this Court, and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761.

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.

/s/ Mary Ellen Barbera
Chief Judge

Suzanne C. Johnson, Clerk